# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

139562

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ELAINE PERRY,
         Plaintiff-Appellant,

v

LANSING SCHOOL DISTRICT,
         Defendant-Appellee.

SC: 139562
COA: 291014
Ingham CC: 08-000188-CL

_____/

      On order of the Court, the application for leave to appeal the July 21, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

s1214

_____
Clerk